**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re ⟩
⟩
Andreas Abramson ⟩    **Case No.** 2018-90258
⟩
_____ **Debtor(s).** _____ ⟩    **AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

☐ Petition                                    ☐ Statement of Financial Affairs
☐ Creditor Matrix                             ☐ Statement of Intention
☐ List of 20 Largest Unsecured Creditors      ☐ List of Equity Security Holders
☐ Schedules (check appropriate boxes).
  ☐ A/B ☑ C ☐ D ☐ E/F ☐ G ☐ H ☐ I ☐ J
☐ Summary of Schedules of Assets and Liabilities

**A fee of $31 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: May 22 2018          Attorney's or *Pro Se* Debtor's Signature: /s/ Iain A. Macdonald _____
                            Printed Name: Iain A. Macdonald _____

DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of 2  pages, is true and correct.

Dated: May 22, 2018                          Dated:

/s/ Andreas Abramson _____             _____
Debtor's Signature                           Joint Debtor's Signature

**INSTRUCTIONS**

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes.  This form can be found on our website.

- To **add** creditors, write or type  an "A" next to the creditors you are adding on any amended schedule you file.  Additionally, (or, in the event that you are only amending the creditor matrix)  attach a list of all creditors with their addresses  in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type  a "D" next to the creditors you are deleting on any amended schedule you file.  Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted .

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment.  ***Notice of the amendment will not be given by the Clerk's Office.***  To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc.  A proof of service, indicating that service has been made, must be filed with the court.

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." ***(NOTE: No personal checks will be accepted.)***

Form EDC 2-015, Rev. 5/1/17

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Andreas Abramson** | |
| | First Name　　　　　　　Middle Name　　　　　　　Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name　　　　　　　Middle Name　　　　　　　Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, MODESTO DIVISION | |
| Case number | 2018-90258 | |
| (if known) | | |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt　　　　　　　4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:　Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.　11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.　11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **83 Sanguinetti Ct. Copperopolis, CA 95228  Calaveras County**<br>Line from *Schedule A/B*: **1.1** | $1,160,027.00 | ■　　　　　$100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 (a)(2) |
| **2001 Mercedes S Class 170,000 miles Work Vehicle**<br>Line from *Schedule A/B*: **3.1** | $3,400.00 | ■　　　　　$3,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| **1991 Supra Comp Boat TS6M**<br>Line from *Schedule A/B*: **4.4** | $3,900.00 | ■　　　　　$3,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Furnishings for a single-family residence, including Margarita Machine**<br>Line from *Schedule A/B*: **6.1** | $6,500.00 | ■　　　　　$6,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Electronics:  2 TVs, Cell Phone, 2 Computers, Alexa / Echos.**<br>Line from *Schedule A/B*: **7.1** | $5,000.00 | ■　　　　　$5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　Best Case Bankruptcy

| Debtor 1 | **Andreas Abramson** | | Case number (if known) | **2018-90258** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| **42 Neon Lights affixed to garage walls - $100 each**<br>Line from *Schedule A/B*: **8.1** | $4,200.00 | ■ | $2,375.00 | **C.C.P. § 704.040** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Old Surfboard - $150**<br>**Old Weight Equipment - $100**<br>**Old Water Floaties - $100**<br>**Old Tools: $100**<br>**2 old Mountain Bicycles: $100**<br>Line from *Schedule A/B*: **9.1** | $550.00 | ■ | $550.00 | **C.C.P. § 704.020** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Personal Clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ | $500.00 | **C.C.P. § 704.020** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Costume Jewelry; Watches; Colt .44 Pistol (18+ yrs old); Decorative Kathleen Caid Light Fixture (permanently affixed to the wall).**<br>Line from *Schedule A/B*: **12.1** | $5,625.00 | ■ | $5,625.00 | **C.C.P. § 704.040** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **C Pap Machine**<br>Line from *Schedule A/B*: **14.1** | $250.00 | ■ | $250.00 | **C.C.P. § 704.050** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy