**3**

1  JaVonne M. Phillips, Esq., SBN 187474
2  Jennifer C. Wong, Esq., SBN 246725
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA  92101
4  Phone (619) 685-4800 Ext. 1557
5  Fax (619) 685-4810

6  Attorney for: Secured Creditor,
7  Select Portfolio Servicing, Inc., servicing agent for Deutsche Bank National Trust Company, as trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR13

8

9              UNITED STATES BANKRUPTCY COURT
10              EASTERN DISTRICT OF CALIFORNIA
11                    MODESTO DIVISION

12
13  In re:                                          ) Case No.  18-90258
                                                    )
14  Andreas Abramson,                               ) DC No.:  JCW-1
                                                    )
15                                                  )
                    Debtor.                         ) Chapter   7
16  _____             )
17  Select Portfolio Servicing, Inc.,               )
    servicing agent for Deutsche Bank               ) **NOTICE OF MOTION FOR**
18  National Trust Company, as trustee for          ) **RELIEF FROM AUTOMATIC**
19  WaMu Mortgage Pass-Through                      ) **STAY**
    Certificates Series 2005-AR13,                  )
20                                                  )
21                  Secured Creditor,               ) Date:   07/12/2018
22      v.                                          ) Time:   10:00AM
                                                    ) Ctrm:   Suite 4
23                                                  ) Place:  1200 I Street, Suite 4
24  Andreas Abramson, Debtor; and                   )         Modesto, CA
    Michael D. McGranahan, Chapter 7                )
25  Trustee,                                        )
                                                    ) Judge:  Ronald H. Sargis
26                  Respondents.                    )
27                                                  )
                                                    )
28  _____             )

29

                                    1          File No. CA-18-145135/ Case No.  18-90258
                                              Notice of Motion for Relief from Automatic Stay

TO: Debtor, Andreas Abramson; Chapter 7 Trustee, Michael D. McGranahan; Debtor's Attorney of Record; Iain A. Macdonald; and Other Interested Parties:

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 1200 I Street, Suite 4, Modesto, California, Movant herein will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the Motion For Relief From the Automatic Stay.

Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion. The written response must be served upon following parties at the listed addresses:

COUNSEL FOR MOVANT
Jennifer C. Wong, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

TRUSTEE
Michael D. McGranahan
PO Box 5018
Modesto, CA 95352

COUNSEL FOR DEBTOR
Iain A. Macdonald
221 Sansome St
San Francisco, CA 94104

DEBTOR
Andreas Abramson
83 Sanguinetti Court
Copperopolis, CA 95228

///

Respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view any pre-hearing dispositions by checking the court's website at www.caeb.uscourts.gov after 4:00PM the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: May 29, 2018                      McCarthy & Holthus, LLP


By: /s/ Jennifer C. Wong
    Jennifer C. Wong, Esq.
    Attorney for Secured Creditor
    Select Portfolio Servicing, Inc., servicing agent for Deutsche Bank National Trust Company, as trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR13