# RELIEF FROM STAY SUMMARY SHEET
### * * * INSTRUCTIONS ON FORM EDC 3-468-INST * * *
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*
**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS NOT EVIDENCE.**

**DEBTOR:** Andreas Abramson　　　　　　　　**CASE NO.** 18-90258

**MOVANT:** Select Portfolio Servicing, Inc., servicing agent for Deutsche Bank National Trust Company, as trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR13　　　　**DC NO.** JCW-1

**HEARING DATE/TIME:** 07/12/2018 at 10:00AM

**RELIEF IS SOUGHT AS TO:**

　　( X ) REAL PROPERTY　　　Assessor Parcel Number (APN): **061-054-009-000**

　　(  ) PERSONAL PROPERTY　　If applicable, Vehicle Identification Number (VIN): _____

　　(  ) STATE COURT LITIGATION

1. Address OR description of property or state court action _____
   83 Sanguinetti Court, Copperopolis, CA 95228

2. Movant's trust deed is a ( X ) 1st　(  ) 2nd　(  ) 3rd　(  ) Other: _____
   OR
   Leased property is (  ) Residential　(  ) Non-residential　Term: (  ) Month-to-Month　(  ) Other

3. Verified appraisal filed? _____　Movant's valuation of property: $1,160,027.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 771,953.53 | $ 79,885.89 | $ 75,827.58 | $ 927,667.00 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary:

| | |
|---|---|
| Goss & Goss | $ 16,000.00 |
| Michael B. Abramson | $ 265,411.00 |
| Calavaris County Tax Collector | $ 7,120.00 |
| **TOTAL ALL LIENS** | $ 1,571,301.83 |
| **Less 8% Cost of Sale** | $ 92,802.16 |
| **DEBTOR'S EQUITY** | $ (504,076.99) |

6. Monthly payment is $ 4,869.07 , of which $1,736.40 is for impound account. Monthly late charge is $0.00.

7. The last payment by debtor was applied to the payment due 07/01/13.

8. Number of payments past due and amount: (a) Pre-petition 57 $ 208,816.57 (b) Post-petition 0 $0.00

9. Notice of Default was recorded on 10/13/2017. Notice of sale published on 02/22/2018.

10. If a chapter 13 case, in what class is this claim? N/A

11. Grounds for seeking relief (check as applicable):

　　(X) § 362(d)(1)　　(X) § 362(d)(2)　　(  ) § 362(d)(3)　　(  ) § 362(d)(4)

　　(X) Cause　(X) Inadequate protection　(X) Lack of equity　(  ) Lack of insurance　(  ) Bad faith

　　(  ) Surrendered pursuant to Statement of Intention. (  ) Report of No Distribution has been filed.

　　(  ) Other _____.

12. For each ground checked in item 11, furnish a brief supporting statement below:
Debtor has failed to make regular monthly mortgage payments for the months of 08/01/13 through 04/01/18. Further, after deducting all liens, there is no equity in the property.

# Liens Continued

| | | |
|---|---|---:|
| Amex | $ | 9,533.83 |
| Capital One | $ | 6,904.00 |
| Guy Martin | $ | 1,157.50 |
| Investment Retrievers, Inc. | $ | 189,000.00 |
| Penninsula Estates Association | $ | 1,450.00 |
| Pentech Funding, LLC | $ | 11,415.69 |
| Persolve, LLC | $ | 120,000.00 |
| Portfolio Recovery Associates | $ | 15,642.81 |

# INSTRUCTIONS

**TO EXPEDITE THE HANDLING OF MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY, THE INFORMATION SHEET ON THE REVERSE SHALL BE COMPLETED BY THE MOVING PARTY PURSUANT TO THE INSTRUCTIONS BELOW.** *<u>EXCEPT FOR UNUSUAL CIRCUMSTANCES, MOTIONS FOR RELIEF FROM STAY WILL NOT BE CONSIDERED BY THE COURT UNTIL A PROPERLY COMPLETED RELIEF FROM STAY INFORMATION SHEET FORM IS FILED AND SERVED BY THE MOVING PARTY.</u>*

1. **WITH YOUR MOVING PAPERS, FILE TWO PALE YELLOW[1] COPIES OF THIS COMPLETED INFORMATION SHEET AS SEPARATE DOCUMENTS.** *FAILURE TO COMPLY WITH THIS REQUIREMENT CAN RESULT IN DENIAL OF THE MOTION OR A CONTINUANCE OF THE HEARING.*

2. **ITEMIZE ANY "COSTS" ENTERED ON THE INFORMATION SHEET IN THE DECLARATION FILED IN SUPPORT OF THE MOTION, WITH PRE-PETITION AND POST-PETITION COSTS SEPARATELY GROUPED.**

3. **IF THE MOVING PARTY IS SEEKING RELIEF FROM STAY TO PURSUE A STATE COURT ACTION, A BRIEF DESCRIPTION OF THE NATURE OF THE STATE COURT ACTION SHALL BE SET FORTH IN THE SPACE PROVIDED FOR ITEM 11.**

---

[1] Please **do not use** goldenrod paper as that color does not result in a quality image when scanned in the Court's Electronic Case Files (ECF) System accessible at www.caeb.uscourts.gov.