JaVonne M. Phillips, Esq., SBN 187474
Jennifer C. Wong, Esq., SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA  92101
Phone (619) 685-4800 Ext. 1557
Fax (619) 685-4810

Attorney for: Secured Creditor,
Select Portfolio Servicing, Inc., servicing agent for Deutsche Bank National Trust Company, as trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR13

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>Andreas Abramson,<br><br>　　　　Debtor.<br>_____<br>Select Portfolio Servicing, Inc., servicing agent for Deutsche Bank National Trust Company, as trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR13,<br><br>　　　　Secured Creditor,<br>　v.<br><br>Andreas Abramson, Debtor; and Michael D. McGranahan, Chapter 7 Trustee,<br><br>　　　　Respondents. | Case No.  18-90258<br><br>DC No.:　JCW-1<br><br>Chapter 　7<br><br>**PROOF OF SERVICE**<br><br><br><br>Date:　07/12/2018<br>Time:　10:00AM<br>Ctrm:　Suite 4<br>Place:　1200 I Street, Suite 4<br>　　　　Modesto, CA<br><br>Judge:　Ronald H. Sargis |

1　　　　　　　　　　　　　　　　　　　File No. CA-18-145135
Exhibits to Motion for Relief from Automatic Stay, Case No.18-90258

# CERTIFICATE OF SERVICE

On 5/25/2018, I served the foregoing documents described as **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY; MOTION FOR RELIEF FROM AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY; RELIEF FROM STAY COVERSHEET; EXHIBITS TO MOTION FOR RELIEF FROM AUTOMATIC STAY**, on the following individuals by depositing true copies thereof in the United States first class mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

COUNSEL FOR DEBTOR
Iain A. Macdonald
221 Sansome St
San Francisco, CA 94104

TRUSTEE
Michael D. McGranahan
PO Box 5018
Modesto, CA 95352

DEBTOR
Andreas Abramson
83 Sanguinetti Court
Copperopolis, CA 95228

SPECIAL NOTICE
Elizabeth A. Bleier, Esq.
Bleier & Cox, APC
Richard E. Golden, Esq.
16130 Ventura Blvd., Ste. 620
Encino, CA 91436-2568

Washington Mutual Bank, FA
8168-8170 Baymeadows Way West
Jacksonville, FL 32256

Aldridge Pite, LLC
3600 American River Dr., Ste. 105
Sacramento, CA 95864

Capital One Bank (USA), N.A.
PO Box 30285
Salt Lake City, UT 84131

| | |
|---|---|
| 1 | Chase Bank |
| 2 | 325 East F St. |
|   | Oakdale, CA 95361 |
| 3 | |
| 4 | American Express |
|   | P.O. Box 26312 |
| 5 | Lehigh Valley, PA 18002 |
| 6 | |
|   | U.S. Bank NA |
| 7 | Select Portfolio Servicing, Inc. |
|   | P.O. Box 65250 |
| 8 | Salt Lake City, UT 84165-0250 |
| 9 | |
|   | Associa Northern California |
| 10 | 1225 Alma Rd., Ste. 100 |
|   | Richardson, TX 75081 |
| 11 | |
| 12 | Synchrony Bank |
|   | c/o PRA Receivables Management, LLC |
| 13 | PO Box 41021 |
|   | Norfolk, VA 23541 |
| 14 | |
| 15 | Investment Retrievers, Inc. |
|   | 4511 Golden Foothill Pkwy. |
| 16 | El Dorado Hills, CA 95762 |
| 17 | |
|   | Law Offices of Jeffrey Fletterick |
| 18 | 4354 Town Center Blvd. |
|   | Ste. 114, #106 |
| 19 | El Dorado Hills, CA 95762 |
| 20 | |
|   | Pite Duncan, LLP |
| 21 | 4375 Jutland Dr., Ste. 200 |
|   | San Diego, CA 92117 |
| 22 | |
| 23 | Clear Recon Corp |
|   | Attn: Clariben Huntington |
| 24 | 4375 Jutland Dr. |
|   | San Diego, CA 92117 |
| 25 | |
| 26 | OTHER LIEN HOLDERS |
|   | Capital One |
| 27 | 15000 Capital One Dr. |
|   | Richmond, VA 23238 |
| 28 | |
| 29 | |

| | |
|---|---|
| 1 | Portfolio Recovery Associates, LLC |
| 2 | 151 Bernal Road, Suite 8 |
|   | San Jose, CA 95119 |
| 3 | |
|   | Amex |
| 4 | c/o Law Offices of Steven Booska |
|   | P.O. Box 194650 |
| 5 | San Francisco, CA 94119 |
| 6 | |
|   | Calavaris County Tax Collector |
| 7 | Attn: Barbara Sullivan |
|   | 891 Mountain Ranch Rd. |
| 8 | San Andreas, CA 95249 |
| 9 | |
|   | Goss & Goss |
| 10 | Michael A. Goss Esq. |
|    | 1119 Twelfth St. |
| 11 | Modesto, CA 95354 |
| 12 | |
|    | Guy Martin dba Martin Appraisals |
| 13 | 13031 Sanguinetti Rd. |
|    | Sonora, CA 95370 |
| 14 | |
| 15 | Investment Retrievers, Inc. |
|    | P.O. Box 4733 |
| 16 | El Dorado Hills, CA 95762 |
| 17 | |
|    | Michael B. Abramson |
| 18 | 4 Millbrae Cir. |
|    | Millbrae, CA 94030 |
| 19 | |
| 20 | Penninsula Estates Association |
|    | c/o Severaid & Glahn, PC |
| 21 | 1787 Tribute Rd., Ste. D |
|    | Sacramento, CA 95815 |
| 22 | |
| 23 | Pentech Funding, LLC |
|    | c/o Robert E. Amos, Esq. |
| 24 | P.O. Box 110251 |
|    | Campbell, CA 95011 |
| 25 | |
| 26 | Pentech Funding, LLC |
|    | Attn: Glenda Millicent Millerbis, Agent, |
| 27 | 1620 Bella Cir. |
|    | Lincoln, CA 95648 |
| 28 | |
| 29 | |

| | |
|---|---|
| 1 | Persolve, LLC dba Account Resolution Associates |
| 2 | Attn: Shayan Heidarzadeh, Esq. |
| 3 | 9301 Corbin Ave., Ste. 1600 |
|   | Northridge, CA 91324 |
| 4 | SPS Mortgage |
| 5 | 10401 Deerwood Park Blvd. |
|   | Jacksonville, FL 32256 |
| 6 | Bernadette Abramson - Cattaneo |
| 7 | 841 Calais Dr |
|   | Hollister, CA 95023-5050 |
| 8 | Bernadette Abramson - Cattaneo |
| 9 | c/o The Lakes Treatment Ctr., |
| 10 | 7260 O'Byrnes Ferry Rd. |
|    | Copperopolis, CA 95228 |

**I declare under penalty of perjury in the United States of America that the foregoing is true and correct.**

                                              /s/  Hue Banh
                                                Hue Banh