**2**

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
914 Thirteenth Street
Modesto, CA 94104
Telephone: (209) 549-7949
Facsimile: (209) 236-0172

Attorneys for Debtor,
ANDREAS ABRAMSON

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In Re: | Case No. 18-90258-E-7 |
| ANDREAS ABRAMSON | Chapter 7 |
| Debtor. | DCN: MF-2 |
| | **DEBTOR'S APPLICATION TO EXTEND TIME FOR ENTRY OF ORDER OF DISCHARGE** |
| | Date: August 23, 2018<br>Time: 10:30 a.m.<br>Place: Courtroom 33<br>501 I Street, 6th Floor<br>Sacramento, California |
| | Hon. Ronald H. Sargis |

TO: THE HONORABLE RONALD H. SARGIS, U.S. BANKRUPTCY COURT JUDGE, AND ALL PARTIES IN INTEREST:

COMES NOW Andreas Abramson, Debtor herein, and moves the court to extend the time for entry of order of discharge pursuant to Federal Rules of Civil Procedure 4004(c)(2). In support of this Application the Debtor affirms:

1. On April 13, 2018, Debtor filed a Petition for Relief under Chapter 7 of Title 11 of the United States Code;

2. The deadline for objections to discharge is July 23, 2018 [Dkt. 7], and discharge may be entered as soon thereafter as July 24, 2018.

3. Debtor requires the extension in order to maintain the protections of automatic stay, as it affects the enforcement of liens against Debtor's residence. Debtor has filed a motion to avoid several liens under §522(f), which is set for hearing on August 23, 2018. [Dkt. No. 74].

WHEREFORE, the Debtor prays for entry of an order extending the time for entry of discharge for thirty (30) days pursuant to F.R.B.P. 4004(c)(2), and for such other and further relief as is appropriate in the premises.

DATED: July 19, 2018                    MACDONALD | FERNANDEZ LLP

                                        By:  /s/ Iain A. Macdonald
                                             Iain A. Macdonald
                                             Attorneys for Debtor,
                                             Andreas Abramson

2