# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Andreas Abramson,<br>          Debtor. | ) Case No. 18-90258 - E - 7<br>) Docket Control No. MF-6<br>) Document No. 207<br>) Date: 10/25/2018<br>) Time: 10:30 AM<br>) DEPT: E |

### Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Intervene filed by Bernadette Cattaneo ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Motion is granted and Bernadette Cattaneo is a party to this Contested Matter aligned with Creditor. Ms. Cattaneo intervention is allowed to permit her to protect her interests as a co-obligor on the claim of Creditor. Such participation will be in the context of such rights and interests, and not permitted as duplicative, unnecessarily cumulative, or inappropriate "double teaming" in the presentation of Creditor's rights and interests at issue.

**Dated:** October 26, 2018

**By the Court**

Ronald H. Sargis, Judge
United States Bankruptcy Court