**RICHARD B. GULLEN (SBN 144513)**
**ROSSI, HAMERSLOUGH, REISCHL & CHUCK**
**1960 The Alameda, Suite 200**
**San Jose, CA 95126-1493**
**Tel: (408) 261-4252**
**Fax: (408) 261-4292**

Attorneys for Secured Creditor,
HELEN McABEE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In Re:<br><br>ANDREAS ABRAMSON,<br><br>　　　　　Debtor. | Case No. 18-90258<br><br>DC No.: RBG-002<br><br>Chapter 7 |
| Helen McAbee,<br><br>　　　　　Secured Creditor,<br><br>vs.<br><br>Andreas Abramson, Debtor; and Michael D. McGranahan, Chapter 7 Trustee,<br><br>　　　　　Respondents. | **SECURED CREDITOR HELEN McABEE'S NOTICE OF JOINDER TO SUPPLEMENTAL BRIEF REGARDING SECTION 522 LIEN STRIPPING FILED BY INTERESTED PARTY BERNADETTE CATTANEO**<br><br>Date:　December 20, 2018<br>Time:　10:30 a.m.<br>Dept.:　Department E<br>Place.:　1200 I Street, Suite 4<br>　　　　Modesto, California 95354<br>Judge:　Hon. Ronald H. Sargis |

　　　　Secured Creditor Helen McAbee in an effort to minimize, streamline and avoid a third brief to the court hereby joins in the Supplemental Brief Regarding Section 522 Lien Stripping filed by Interested Party Bernadette Cattaneo.

Dated: December 11, 2018　　　　　ROSSI, HAMERSLOUGH, REISCHL & CHUCK

　　　　　　　　　　　　　　　　BY:　*/s/ Richard B. Gullen*
　　　　　　　　　　　　　　　　　　　RICHARD B. GULLEN
　　　　　　　　　　　　　　　　　　　Attorneys for Judgment Creditor HELEN McABEE

S:\CL\G\GD18081 MCABEE JUDGMENT COLLECTION\ANDREAS BK\JOINDER.DOCX

NOTICE OF NO OBJECTION AND JOINDER TO MOTION TO INTERVENE　　　　　1


# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA:

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1960 The Alameda, Suite 200, San Jose, CA 95126-1493. On the date set forth below I served the documents described below:

**SECURED CREDITOR HELEN McABEE'S NOTICE OF JOINDER TO SUPPLEMENTAL BRIEF REGARDING SECTION 522 LIEN STRIPPING FILED BY INTERESTED PARTY BERNADETTE CATTANEO**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Iain A. Macdonald<br>Macdonald Fermandez<br>221 Sansome St., 3rd Floor<br>San Francisco, CA 94104<br>**imac@macfern.com**<br><br>Attorneys for Debtor Andreas Abramson | Stephen D. Finestone (125675)<br>Jennifer C. Hayes (197252)<br>FINESTONE HAYES LLP<br>456 Montgomery Street, 20th Floor<br>San Francisco, California 94104<br>sfinestone@fhlawllp.com<br><br>Attorneys for Interested Party<br>Bernadette Cattaneo |

☐ (BY MAIL) I sealed and placed for collection and mailing such envelope(s) with postage thereon fully prepaid, addressed as stated above, in the basket for outgoing mail at Rossi, Hamerslough, Reischl & Chuck. It is the firm's ordinary business practice that all mail placed in the basket is collected and taken for mailing that same day by an employee of the U.S. Postal Service.

☒ (BY ELECTRONIC TRANSMISSION) Pursuant to C.C.P. §1010.6, by my contemporaneous submission herewith to a Court-approved electronic filing service provider, I have caused said document(s) to be transmitted by electronic transmission on this date to the electronic service address(es) of the addressee(s). A true and correct copy of said provider's electronic notification of service [C.C.P. §1010.6(a)(1)(C)] will be produced if requested by any party or the court.

☐ (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s). The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting facsimile machine, will be attached hereto after transmission.

☐ (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2018 at San Jose, California.

                                         */s/ Carmen Mendez*
                                         Carmen Mendez

Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA 95126-1493
(408) 261-4252
Fax (408) 261-4292