**2**

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
914 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 549-7949
Facsimile: (209) 236-0172

Attorneys for Debtor,
ANDREAS ABRAMSON

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In Re:<br><br>ANDREAS ABRAMSON<br><br>　　　　　　Debtor. | Case No. 18-90258-E-7<br><br>Chapter 7<br><br>DCN: JCW-1<br><br>Date:　December 20, 2018<br>Time:　10:30 a.m.<br>Place:　1200 I Street, Suite 4<br>　　　　Modesto, California<br><br>Hon. Ronald H. Sargis |

**DEBTOR'S STATUS CONFERENCE STATEMENT RE SELECT PORTFOLIO SERVICING, INC.'S MOTION FOR RELIEF FROM STAY**

COMES NOW Andreas Abramson, Debtor herein, and submits the within status report relative to the motion for relief from stay and recently filed ex parte motion. It is the belief that all payments have been made every month in the total amount of $20,218.86--6 months' total.

Debtor has spoken directly to the bankruptcy department at Select Portfolio Servicing, Inc. (SPS). Ms. Frieda Maluia in that department advises that all payments have been made and that payments are applied "contractually," meaning that they require only whole payments, not partial payments, and that the payments that are presently due and to be collected and applied are in the amount of $3,369.81. Anything above or beyond that amount will be placed in an unapplied balance suspense account.

///

Debtor was advised by SPS to submit only complete $3,369.81 payments, which are auto-drafted from debtor's checking account each month.

DATED: December 13, 2018     MACDONALD FERNANDEZ LLP

By: /s/ *Iain A. Macdonald* .
    Iain A. Macdonald,
    Attorneys for Debtor Andreas Abramson

2