**1**

1 | MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
2 | 914 Thirteenth Street
Modesto, CA 95354
3 | Telephone: (209) 549-7949
Facsimile: (415) 394-5544
4
Attorneys for Debtor,
5 | ANDREAS ABRAMSON

6

7

8 | UNITED STATES BANKRUPTCY COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | MODESTO DIVISION

11 | In Re: | Case No. 18-90258-E-7

12 | ANDREAS ABRAMSON | Chapter 7

13 | Debtor. | DCN: JCW-1

14 | | **DEBTOR'S STATUS REPORT RE SELECT PORTFOLIO SERVICING, INC.'S *EX PARTE* MOTION FOR RELIEF FROM STAY**

15 |

16 | | Date: January 10, 2019
Time: 10:00 a.m.
17 | | Place: 1200 I Street, Suite 4
             Modesto, California
18 |

19 | TO THE HONORABLE CHIEF JUDGE RONALD H. SARGIS, UNITED STATES BANKRUPTCY JUDGE, AT MODESTO, CALIFORNIA:

20

21 | The Debtor is pleased to advise the Court that arrangements have been made with the moving

22 | party, Select Portfolio Servicing, Inc., servicing agent for Deutsche Bank National Trust Company,

23 | as trustee for WaMu Mortgage Pass-Through Certificates Series 2005-AR13, with respect to the

24 | amount necessary to cure defaults and has arranged for immediate payment of same. Debtor requests

25 | that the matter be resolved upon entry of an order continuing the automatic stay subject to continuing

26 | adequate protection payments.

27 | DATED: January 9, 2019           MACDONALD FERNANDEZ LLP

28 |           By: /s/ *Iain A. Macdonald* .
          Iain A. Macdonald,
          Attorneys for Debtor Andreas Abramson