**2**

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
914 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 549-7949
Facsimile: (415) 394-5544

Attorneys for Debtor,
ANDREAS ABRAMSON

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In Re: | Case No. 18-90258-E-7 |
| ANDREAS ABRAMSON | Chapter 7 |
| Debtor. | DCN: MF-2 |
| | **DEBTOR'S STATUS REPORT IN SUPPORT OF APPLICATION TO EXTEND TIME FOR ENTRY OF ORDER OF DISCHARGE** |
| | Date: January 24, 2019<br>Time: 10:30 a.m.<br>Dept.: E<br>Place: 1200 I Street, Suite 4<br>       Modesto, California |
| | Hon. Ronald H. Sargis |

COMES NOW Andreas Abramson, Debtor in Possession herein, which offers this Status Report concerning the Debtor's Application to Extend Time for Entry of Order of Discharge (Dckt. No. 86).

## I. BACKGROUND FACTS

On April 13, 2018, Debtor in Possession filed a Petition for Relief under Chapter 7 of Title 11 of the United States Code. The deadline for objections to discharge was July 23, 2018 [Dkt. 7]; On August 24, 2018, the Court entered an Order Granting Application to Extend Time for Entry of Order of Discharge (Dckt. No. 188) to September 30, 2018. On October 1, 2018, the Court entered

///

1

an Order continuing the hearing on the Motion to Delay Discharge (Dckt. No. 200), which continued the hearing to January 24, 2019.

## II. **DISCUSSION**

The Debtor has filed several motions, all but one has been granted. The sole remaining Motion to Avoid the Judicial Lien of Helen McAbee is set for an Evidentiary Hearing Scheduling Conference on February 14, 2019 and it is anticipated that there will be a trial within 30 days thereafter. Debtor has been making adequate protection payments to the holder of the senior lien in the meantime, and suggests that the entry of discharge be deferred until on or about April 30, 2019.

## III. **CONCLUSION**

WHEREFORE, the Debtor prays for entry of an order extending the time for entry of discharge until on or about April 30, 2019, pursuant to F.R.B.P. 4004(c)(2), and for such other and further relief as is appropriate in the premises.

DATED: January 17, 2019                     MACDONALD | FERNANDEZ LLP

By:   /s/ Iain A. Macdonald
      Iain A. Macdonald
      Attorneys for Debtor,
      Andreas Abramson