# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Andreas Abramson  
**Case No.:** 18-90258 - E - 7  
**Docket Control No.** MF-6  
**Date:** 02/14/2019  
**Time:** 10:30 AM

**Matter:** [141] - Amended Motion/Application to Avoid Lien of Helen McAbee [MF-6]. [111] Motion/Application to Avoid Lien Filed by Debtor Andreas Abramson (jlns)

**Judge: Ronald H. Sargis**
**Courtroom Deputy: Michelle Peterson**
**Reporter: Shelley Miller**
**Department: E**

**APPEARANCES for:**
**Movant(s):**
(by phone) Debtor's Attorney - Iain A. Macdonald
**Respondent(s):**
(by phone) Creditor's Attorney - Stephen D. Finestone; (by phone) Creditor's Attorney - Richard B. Gullen

## CIVIL MINUTES

Status Conference Concluded; CONTINUED FOR EVIDENTIARY HEARING; EVIDENTIARY HEARING TO BE HELD ON 3/13/2019 at 9:30 AM at Modesto Courtroom

Findings of fact and conclusions of law stated orally on the record

**The court will issue an order.**

Debtor's Atty:   Iain Macdonald
Secured Creditor's [Helen McAbee] Atty: Richard B. Gullen
Interested Party's [Bernadette Cattaneo] Atty: Stephen D. Finestone

**The Scheduling Conference is concluded and removed from the Calendar.**

**The Evidentiary Hearing shall be conducted at 9:30 a.m. on March 13, 2019.**  The Parties may file an additional Supplemental Evidentiary Hearing Brief, which shall not exceed five pages in length, which shall be filed and served on or before March 1, 2019.

Notes:

Set by order of the court filed 12/21/18 [Dckt 246]

Deadlines Set -

On or before 1/15/19, Debtor to lodge and serve direct testimony statements, exhibits, and hearing brief

On or before 2/5/19, Helen McAbee and Bernadette Cattaneo to lodge and serve direct testimony statements, exhibits, and hearing briefs