Richard B. Gullen (SBN 144513)
ROSSI, HAMERSLOUGH, REISCHL & CHUCK
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408) 261-4252
Fax: (408) 261-4292

Attorneys for Secured Creditor,
Helen McAbee


Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Phone: (415) 421-2624
Fax: (415) 398-2820
sfinestone@fhlawllp.com

Attorneys for Interested Party
Bernadette Cattaneo

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# MODESTO DIVISION

| | |
|---|---|
| In re<br><br>ANDREAS ABRAMSON,<br><br>               Debtor. | Case No. 18-90258<br>Chapter 7<br><br>**JOINT SUPPLEMENTAL TRIAL BRIEF ON MOTION TO AVOID JUDGMENT LIEN**<br><br><u>Hearing</u><br>**Date:** March 13, 2019<br>**Time:** 9:30 a.m.<br>**Dept:** E<br>**Place:** 1200 I Street, Suite 4<br>           Modesto, California 95354 |

     Judgment Creditor, Helen McAbee ("McAbee") and Interested Party Bernadette Cattaneo ("Cattaneo") and collectively with McAbee the "Objecting Parties", submit the following supplement to their previous briefs on this matter.

SUPPLEMENTAL TRIAL BRIEF                                             1

The Objecting Parties believe the legal issues in connection with the Motion to Avoid (the "Motion") have been put to rest. As such, what remains is for the Court to hear the testimony of the retained experts and determine a value for 83 Sanguinetti Court, Copperopolis, California (the "Property") as of April 14, 2018, and then plug that figure into the analysis provided in the Court's tentative ruling.

The Court is faced with opinions of value that vary greatly. Debtor's latest suggested value is $1,090,000, an amount even lower than his bankruptcy scheduled value of $1,160,027. The Objecting Parties on the other hand, assert a value of $1,600,000 - $1,720,000. The Court will receive explanations for this discrepancy. The Objecting Parties will save their pointed criticisms for the trial but suggest the differences can be explained, at least in part, by the following:

- Use of appraisers from out of the area that are unfamiliar with the local properties, particularly the properties located on Lake Tulloch, which is its own market with values varying as a result of certain critical considerations;

- An effort to shoehorn "comparable" properties into the appraisal by making large dramatic adjustments to reach an asserted value of the Property – the question being whether adjustments of such size render the notion of a "comparable" property meaningless;

- Ignoring comparable properties that are closer in location and closer in proximity to the valuation date by using artificial and unhelpful distinctions such as whether the comparable property was listed rather than sold, or whether the sale occurred after the valuation date, as if the future tells us nothing about the past;

- Adopting the overly dramatic notion that the Property's entire deck needs replacing and then adjusting for the full cost of replacement, as if a willing buyer would demand and a willing seller grant such a credit.

The Objecting Parties appreciate the Court's time and look forward to the resolution of the valuation issues.

SUPPLEMENTAL TRIAL BRIEF      2

1    DATED: March 1, 2019                    FINESTONE HAYES LLP

2

3                                            */s/ Stephen D. Finestone*
                                            _____
4                                            Stephen D. Finestone
                                            Attorney for Bernadette Cattaneo
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL TRIAL BRIEF                                                    3