# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re  
ANDREAS ABRAMSON,  
    Debtor.

Case No. 18-90258-E-7  
Docket Control No. MF-6

## ORDER AVOIDING JUDICIAL LIEN

The court having conducted an Evidentiary Hearing on March 13, 2019, for the Motion filed by Debtor Andreas Abramson to avoid the Judicial Lien of Creditor Helen McAbee, the court having orally stated findings of fact and conclusions of law on the record at the March 13, 2019 hearing and in a separate written Supplemental Memorandum Opinion and Decision, and good cause appearing;

**IT IS ORDERED** that the judicial lien of Helen McAbee recorded on June 27, 2013, with the Calaveras County Recorder, Doc. No. 2013-0006643, for the judgment issued in California Superior Court for the County of San Benito, Case No. CU-10-00017, is avoided pursuant to 11 U.S.C. § 522(f) for all amounts in excess of $304,818.00, subject to the provisions of 11 U.S.C. § 349.

**IT IS FURTHER ORDERED** that the avoided portion of the judgment lien in the amount of $465,182.00 is subject to the provisions of 11 U.S.C. § 522(i), § 550, and § 551 and that the avoided portion of the abstract of judgement is preserved for the benefit of and recovered by the Debtor, Andreas Abramson.

Dated: May 24, 2019

By the Court

_____  
Ronald H. Sargis, Judge  
United States Bankruptcy Court

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Debtor**(s) | **Attorney for the Debtor**(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| Richard B. Gullen, Esq.<br>Rossi, Hamerslough, Reischl & Chuck<br>1960 The Alameda, Ste. 200<br>San Jose, CA 95126-1493 | Stephen D. Finestone, Esq.<br>Finestone Hayes LLP<br>456 Montgomery Street, 20th Flr.<br>San Francisco, CA 94104 |